Justices SAYLOR, EAKIN, BAER, TODD and McCAFFERY join the opinion.

**Eric X. RAMBERT, Petitioner**

v.

**David A. VARANO, Supt., Court of Common Pleas of Philadelphia County, Respondents.**

**No. 85 EM 2012.**

Supreme Court of Pennsylvania.

July 18, 2012.

### ORDER

PER CURIAM.

**AND NOW,** this 18th day of July, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**